LEE BORDELEAU et al., Respondents, v STATE OF NEW YORK et al., Appellants.

Submitted January 23, 2012; decided February 21, 2012

Reported below, 74 AD3d 1688.

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 18 NY3d 305 (2011)].

---

In the Matter of CHRISTOPHER JAMES A., a Child Alleged to be Neglected. ANNE ELIZABETH PIERRE L., Appellant; NEW ALTERNATIVES FOR CHILDREN, INC., Respondent.

Submitted January 17, 2012; decided February 21, 2012

Reported below, 90 AD3d 515.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

---

In the Matter of KATHLEEN M. CLARK, Respondent, v MICHAEL J. CLARK, Appellant.

Submitted January 9, 2012; decided February 21, 2012

Reported below, 88 AD3d 1095; 85 AD3d 1350.

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceedings within the meaning of the Constitution.